O

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔠𝔬𝔲𝔯𝔱
# 𝔠𝔢𝔫𝔱𝔯𝔞𝔩 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔠𝔞𝔩𝔦𝔣𝔬𝔯𝔫𝔦𝔞

| | |
|---|---|
| BONVIVINO CAPITAL LLC, | Case № 2:12-cv-08185-ODW(FFMx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE.** |
| MORGAN CLENDENEN; COLD | **FAILURE TO COMPLY WITH** |
| HEAVEN CELLARS LLC; DOES 1–50, | **COURT ORDER** |
| inclusive, | |
| Defendants. | |
| COLD HEAVEN CELLARS LLC; | |
| MORGAN CLENDENEN, | |
| Counterclaimants, | |
| v. | |
| SCOTT MANLIN; ROGER MANLIN; | |
| BONVIVINO CAPITAL LLC, | |
| Counterdefendants. | |

On July 14, 2014, the Court held a status conference in the related case of *Cold Heaven Cellars LLC v. Manlin*, No. 2:14-cv-01050-ODW(FFMx) (C.D. Cal. case filed Feb. 11, 2014). The Court found that the claims brought by Cold Heaven Cellars LLC and Morgan Clendenen in that action were really compulsory counterclaims that they should have brought in this action, which is the original case between the parties.

1    The Court therefore granted Cold Heaven and Clendenen leave to amend their answer
2    in this action to add those compulsory counterclaims.

3         On August 8, 2014, Cold Heaven and Clendenen filed an Amended Answer in
4    this action.  (ECF No. 118.)  As instructed, they also filed their claims from the later
5    action as counterclaims.  But in addition to bringing counterclaims against Bonvivino
6    Capital LLC and Roger Manlin—the defendants in the second-filed action—Cold
7    Heaven and Clendenen also filed a counterclaim against Roger Manlin.

8         Cold Heaven and Clendenen had never named Roger Manlin as a defendant in
9    the later action, and thus the Court did not grant them leave to amend their answer in
10   this case to bring counterclaims against him.  The whole point of requiring Cold
11   Heaven and Clendenen to bring the claims in the second-filed action as compulsory
12   counterclaims in this case was to streamline the litigation between the parties instead
13   of engaging in a piecemeal approach.  Adding new counterdefendants at this point—
14   especially without Court approval—throws a wrench into the judicial machinery.  This
15   is especially apparent in light of the September 2, 2014 Ex Parte Application for
16   Protective Order filed by Bonvivino and Scott and Roger Manlin.  (ECF No. 122.)

17        The Court therefore **ORDERS** Cold Heaven and Clendenen to **SHOW CAUSE**
18   in writing by **Friday, September 5, 2014**, why they filed counterclaims against Roger
19   Manlin without Court approval.  No hearing will be held; Counterclaimants shall
20   respond in writing.  The Court will discharge this Order upon the filing of a notice of
21   voluntary dismissal without prejudice as to the Roger Manlin counterclaims.  Failure
22   to timely respond will result in dismissal of the counterclaims and such other
23   sanctions as the Court deems just and proper.

24        **IT IS SO ORDERED.**
25        September 3, 2014

26
27   _____
28        **OTIS D. WRIGHT, II**
          **UNITED STATES DISTRICT JUDGE**