# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱
# ℭ𝔢𝔫𝔱𝔯𝔞𝔩 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 ℭ𝔞𝔩𝔦𝔣𝔬𝔯𝔫𝔦𝔞

| | |
|---|---|
| BONVIVINO CAPITAL, LLC, | Case No. 2:12-cv-08185-ODW(FFMx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE.** |
| MORGAN CLENDENEN; COLD | **SETTLEMENT** |
| HEAVEN CELLARS, | |
| Defendants. | |

In light of the Notice of Settlement (ECF Nos. 253, 255), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, no later than **Thursday, May 21, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

April 21, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**